[No. 31220-1-I. Division One. October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MARK CORIELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-01481-7, Bobbe J. Bridge, J., entered July 23, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31016-0-I. Division One. October 25, 1993.]

THRESSA WILLIAMS, *Respondent*, v. PSSC, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-20662-7, J. Kathleen Learned, J., entered June 3, 1992. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Kennedy and Agid, JJ.

[No. 28026-1-I. Division One. October 25, 1993.]

CECIL RAY LYERLY, ET AL, *Appellants*, v. KELLEIGH K. WILLIAMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-11353-0, Warren Chan, J., entered February 27, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Forrest and Baker, JJ.

[No. 31548-0-I. Division One. October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MAYSAM MOGHADDAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03987-9, John M. Darrah, J., entered September 8, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Forrest and Baker, JJ.